```
  RCHAC          *             PUBLIC INFORMATION              *       05-18-2026
PAGE 001 OF 001 *                INMATE DATA                   *       12:42:33
                               AS OF 05-18-2026

REGNO..: 01327-509 NAME: GRANTHAM, RYAN

                   RESP OF: SST
                   PHONE: 320-245-2262      FAX: 320-245-0385
                                            RACE/SEX...: BLACK / MALE
                                            AGE:  36
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 10-04-2029                     PAR HEAR DT:
```

```
S0055    NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
                                Page: 001/001
```

GOVERNMENT EXHIBIT

B

REGNO..: 01327-509 NAME: GRANTHAM, RYAN

RESP OF: SST
PHONE: 320-245-2262 FAX: 320-245-0385
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-04-2029

THE INMATE IS PROJECTED FOR RELEASE: 10-04-2029 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, WESTERN DISTRICT
DOCKET NUMBER...................: 6:20CR06044-001
JUDGE...........................: WOLFORD
DATE SENTENCED/PROBATION IMPOSED: 08-25-2023
DATE COMMITTED..................: 11-02-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $200.00 | $00.00 | $367.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 391 21:846 SEC 841-851 ATTEMPT

OFF/CHG: 21:841(A)(1),21:841(B)(1)(B),AND 21:846 CONSPIRACY TO POSSESS
WITH INTENT TO DISTRIBUTE, AND TO DISTRIBUTE, 500 GRAMS OR
MORE OF COCAINE CT1

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 27 MONTHS
TERM OF SUPERVISION............: 5 YEARS
DATE OF OFFENSE................: 02-26-2020

-------------------------CURRENT OBLIGATION NO: 020 ---------------------------
OFFENSE CODE....: 130 18:924(C) FIREARMS LAWS

OFF/CHG: 18:924(C)(1)(A)(I) POSSESSION OF FIREARMS IN FURTHERANCE OF
DRUG TRAFFICKING CRIME CT2

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 60 MONTHS
TERM OF SUPERVISION............: 5 YEARS
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CS TO 010 010 010
DATE OF OFFENSE................: 02-26-2020

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-18-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 11-30-2023 BY DESIG/SENTENCE COMPUTATION CTR

REGNO..: 01327-509 NAME: GRANTHAM, RYAN

RESP OF: SST
PHONE: 320-245-2262 FAX: 320-245-0385
THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 08-25-2023
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 87 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 7 YEARS 3 MONTHS
AGGREGATED TERM OF SUPERVISION..: 5 YEARS
EARLIEST DATE OF OFFENSE........: 02-26-2020

| JAIL CREDIT.....................: | FROM DATE | THRU DATE |
|---|---|---|
| | 02-26-2020 | 02-26-2020 |
| | 03-31-2023 | 08-24-2023 |

TOTAL PRIOR CREDIT TIME.........: 148
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 268
TOTAL GCT EARNED................: 39
STATUTORY RELEASE DATE PROJECTED: 10-04-2029
ELDERLY OFFENDER TWO THIRDS DATE: 01-29-2028
EXPIRATION FULL TERM DATE.......: 06-29-2030
TIME SERVED.....................: 3 YEARS 1 MONTHS 19 DAYS
PERCENTAGE OF FULL TERM SERVED..: 43.2
PERCENT OF STATUTORY TERM SERVED: 48.1

PROJECTED SATISFACTION DATE.....: 10-04-2029
PROJECTED SATISFACTION METHOD...: GCT REL

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE