```
  RCHAC           *          INMATE DISCIPLINE DATA           *     05-18-2026
PAGE 001 OF 002   *     CHRONOLOGICAL DISCIPLINARY RECORD     *     12:42:51

REGISTER NO: 01327-509  NAME..: GRANTHAM, RYAN
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-18-2026

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4128006 - SANCTIONED INCIDENT DATE/TIME: 06-03-2025 1230
DHO HEARING DATE/TIME: 06-17-2025 0734            DHO REPT DEL: 07-01-2025 0750
FACL/CHAIRPERSON.....: BER/HAYDEN
APPEAL CASE NUMBER(S): 1249658
REPORT REMARKS.......: DENIES CHARGE. ASSISTED IN ATTEMPTED INTRODUCTION OF
                       CONTRABAND INTO FCI BERLIN/CAMP. MOST LIKE 111A
   199  DISRUPTIVE CONDUCT-GREATEST - FREQ: 1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   IN ACCORDANCE WITH PS 5270.09
        LP COMM    / 2 YEARS / CS
                   FROM: 06-17-2025  THRU: 06-16-2027
        COMP:    LAW:
DHO HEARING DATE/TIME: 06-17-2025 0734 REPORT 4128006 CONTINUED
        LP PHONE   / 2 YEARS / CS
                   FROM: 02-13-2026  THRU: 02-12-2028
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 4064849 - SANCTIONED INCIDENT DATE/TIME: 02-05-2025 1330
DHO HEARING DATE/TIME: 02-13-2025 0644            DHO REPT DEL: 02-25-2025 0700
FACL/CHAIRPERSON.....: BER/HAYDEN
APPEAL CASE NUMBER(S): 1241227
REPORT REMARKS.......: ADMITS CHARGE. POSSESSION OF UNAUTHORIZED ELECTRONIC
                       DEVICE/MP3 SANDISK W/ PREVIOUS CELLPHONE SD CARD
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 2 ATI: EYB RFP:
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   IN ACCORDANCE WITH PS 5270.09
DHO HEARING DATE/TIME: 02-13-2025 0644 REPORT 4064849 CONTINUED
        DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:
        LP PHONE   / 1 YEARS / CS
                   FROM: 02-13-2025  THRU: 02-12-2026
        COMP:    LAW:
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3859439 - SANCTIONED INCIDENT DATE/TIME: 11-28-2023 1849
DHO HEARING DATE/TIME: 12-08-2023 0940            DHO REPT DEL: 12-14-2023 1142
FACL/CHAIRPERSON.....: MCK/ZEHER
REPORT REMARKS.......: ADMITTED HAVING CELL PHONE.
DHO HEARING DATE/TIME: 12-08-2023 0940 REPORT 3859439 CONTINUED
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP:
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   DISALLOW 41 DAYS GOOD CONDUCT TIME
                         DETER FUTURE ILLICIT ACTIVITY IN ELEMENT
        DS         / 15 DAYS / CS
                   FROM: 12-08-2023  THRU: 12-22-2023
        COMP:    LAW:    15 DAYS DISCIPLINARY SEGREGATION
                         DETER FUTURE ILLICIT ACTIVITY IN ELEMENT
        LP PHONE   / 6 MONTHS / CS
                   FROM: 12-11-2023  THRU: 06-10-2024
        COMP:    LAW:    LOSS OF PHONE FOR 6 MONTHS
                         DETER FUTURE ILLICIT ACTIVITY IN ELEMENT
DHO HEARING DATE/TIME: 12-08-2023 0940 REPORT 3859439 CONTINUED
        LP VISIT   / 6 MONTHS / CS
                   FROM: 12-11-2023  THRU: 06-10-2024
```

GOVERNMENT EXHIBIT

C

```
  RCHAC            *          INMATE DISCIPLINE DATA           *      05-18-2026
PAGE 002 OF 002  *     CHRONOLOGICAL DISCIPLINARY RECORD      *      12:42:51

REGISTER NO: 01327-509  NAME..: GRANTHAM, RYAN
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 05-18-2026

        COMP:    LAW:    LOSS OF VISITS FOR 6 MONTHS
                         DETER FUTURE ILLICIT ACTIVITY IN ELEMENT
        MON FINE   / 252.00 DOLLARS / CS
        COMP:    LAW:    $252 FINE. LESS THAN 75% OF AVAILABLE $336.40.
                         DETER FUTURE ILLICIT ACTIVITY IN ELEMENT
```

G0000    TRANSACTION SUCCESSFULLY COMPLETED