GOVERNMENT EXHIBIT

D

BP-A0288

# INCIDENT REPORT

Dept. of Justice / Federal Bureau of Prisons

Part I - Incident Report

| 1. Institution: BERLIN FCI | | Incident Report Number: 4128006 | |
|---|---|---|---|
| 2. Inmate's Name<br>GRANTHAM, RYAN | 3. Register Number<br>01327-509 | 4. Date of Incident<br>06-03-2025 | 5. Time<br>1230 hrs |
| 6. Place of Incident<br>SATELLITE PRISON CAMP BERLIN | 7. Assignment<br>SHU UNASSG | 8. Unit<br>4 SCP | |
| 9. Incident<br>(199 -- DISRUPTIVE CONDUCT-GREATEST) MOST LIKE 111 -- INTRODUCTION DRUGS/ALCOHOL | | 10. Prohibited Act Code(s)<br>111 199 | |

11. Description Of Incident

(Date: 06-03-2025 Time: 1230 hrs staff became aware of incident)

**On June 3, 2025, at approximately 12:30 P.M., upon receiving notification, I became aware of the closing of an investigation by the Warden, involving SCP Berlin (Camp) inmate Grantham, Tito Ryan #01327-509. This investigation spanned from April 2024 through May 2025 regarding the introduction of contraband into the Satellite Prison Camp and Federal Correctional Institution, Berlin. Through the course of this investigation, information was utilized from multiple, reliable sources, and voluntary inmate witness statements which was corroborated by additional evidence, surveillance, recorded inmate communications, and numerous seizures of large quantities of contraband as well as the interdiction of contraband that was being attempted to be introduced into both, SCP Berlin and FCI Berlin.**

**From April 2024 through September 2024, investigators received numerous tips and information from reliable sources regarding inmates B[redacted], L[redacted] #[redacted] and Grantham introducing contraband into the Satellite Prison Camp Berlin. This resulted in the interdiction of several attempted introductions drops of contraband and on several occasions after B[redacted] and Grantham successfully introduced contraband into the Camp, investigators disseminated intelligence resulting in the seizure of large amounts of contraband including stash spots (Locations B[redacted] and Grantham would use to store excess contraband that hadn t been sold yet). As the investigation evolved, resulting in the confiscation of more contraband, B[redacted] and Grantham would change their methods and recruit others to help including inmates with work details that had access to the grounds, vehicles, and equipment to collect, move, and hide contraband. Several examples from the SIS Case File of inmate B[redacted] s involvement are detailed below:**

**On June 3, 2024, at approximately 8:55 P.M., FCI Berlin was notified (Escape From Non-secure Facility) of a Camp inmate found wandering the wood line near Success Rd (approximately 2000 meters Northeast, of the forest adjacent to the Camp). On June 4, 2024, investigators reviewed correspondence received by a Camp inmate witness on 6-3-2024 at 8:05 P.M., which stated he saw LT and other inmates, go beyond the front of the unit, past the wooden picket fence, and into the woodline where they returned with a package and went to the back of the unit. This correspondence corroborated several other reliable sources and inmate witness interviews that on 6-3-2024, an inmate was helping B[redacted] LT and Grantham Tito with the trail (to the back gate/access road used for introductions), when the inmates got spooked and ran back to the camp, with one of inmates becoming lost and found hours later, off institutional grounds.**

**Beginning in October 2024, Berlin SIS started receiving corroborating information from both the Camp and FCI, that inmates from the Upstate NY Area, as well as other inmates, were relaying messages through third parties to coordinate the introduction of contraband from the Camp into the FCI. Specifically, inmates Grantham, Tito and B[redacted], LT were**

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

BP-A0288 **INCIDENT REPORT**
Dept. of Justice / Federal Bureau of Prisons

**repeatedly identified by reliable sources within both the Camp and FCI as the Camp inmates responsible for the planning, financing, introduction and distribution of contraband.**

**During the course of this investigation, TRUFONE and TRULINCS communications were discovered between Camp inmate C[redacted], A[redacted] #[redacted] and FCI Berlin inmate A[redacted], T[redacted]. Inmates C[redacted], A[redacted], B[redacted], and Grantham are all from the Rochester, NY area and knew each other prior to their incarceration at FCI Berlin and they are all familiar/associated with the Rochester NY outside contact J[redacted] Diddi H[redacted]. A[redacted] utilized a 3rd party text service to pass messages through outside associates, to inmate C[redacted], and other inmates housed at the Camp, including Grantham, Tito . A[redacted] also made 11 recorded TRUFONE calls to inmate C[redacted]'s contraband cellular phone (585-623-6888) from September 29, 2024, through January 6, 2025. In these recorded phone calls, they discussed at great length about the introduction of contraband (through Food Service, Landscape, and VT Culinary) and other mutual associates they knew that could help facilitate at the FCI and Camp including Tito , several times. In these recorded communications on at least one occasion, A[redacted] would relay a message from an inmate releasing from the FCI through B[redacted] (Town Driver), to other Camp inmates, in order to facilitate the introduction of contraband. On April 27, 2025, upon C[redacted]'s placement in SHU, a cellular telephone was found in his bunk. While processing C[redacted]'s cellular phone into evidence, phone number 585-623-6888 was dialed utilizing the institutional phone. When dialed, C[redacted]'s contraband phone began ringing, displaying the institution's phone number on the screen as the number which was calling. Some examples of these incidents and communications are as followed:**

**On October 24, 2024, Berlin SIS received information from a Confidential Informant that NY inmates (Grantham and B[redacted]) were expecting a drop the upcoming weekend. Information was disseminated to several staff. On October 27, staff overheard inmates talking about not picking up something because it was too much. Staff conducted area searches and found 4 large trash bags of contraband in the dumpster on the access road.**

**In an October 28, 2024, TRUFONE call at 7:43 P.M., A[redacted] and C[redacted] (contraband cell phone) discuss mutual associates they know at the Camp and FCI by name and nickname. An inmate in the background of A[redacted] can be heard relaying, "He can get 100 bands ($100k) by March." C[redacted] relays, "ain't really no movement cus the white boys got the position spot (FS Warehouse) ...**
*****DUE TO DARTS CHARACTER LIMITS, THE FULL INCIDENT REPORT IS UPLOADED IN SUPPORTING DOCUMENTS*****

| 12. Typed Name/Signature of Reporting Employee | 13. Date And Time |
|---|---|
| **H. Braase** | **06-04-2025 0900 hrs** |

| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Report Delivered | 16. Time Report Delivered |
|---|---|---|
| **D. HENSLEY** | **06-04-2025** | **1120 hrs** |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

BP-A0288 **INCIDENT REPORT**
**Dept. of Justice / Federal Bureau of Prisons**

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **GRANTHAM, RYAN** | **01327-509** | **4128006** |

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident

**Inmate stated "I didn't introduce anything, I wasn't in contact with anyone from the medium."**

18. A. It is the finding of the committee that you:

_ Committed the Prohibited Act as charged.

_ Did not commit a Prohibited Act.

_ Committed Prohibited Act Code(s)

B. X The Committee is referring the Charge(s) to the DHO for further Hearing.

C. X The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:

**Referred to DHO due to severity of incident.**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

**If found guilty, UDC recommends loss of good conduct time.**

21. Date And Time Of Action **06-06-2025 1029 hrs** (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

**R. Cruz**

Chairman (Typed Name/Signature) Member (Typed Name) Member (Typed Name)

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

**BP-A0288** **INCIDENT REPORT**
**Dept. of Justice / Federal Bureau of Prisons**

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **GRANTHAM, RYAN** | **01327-509** | **4128006** |

| **Part III - Investigation** | 22. Date & Time Investigation Began **06-04-2025 1120 hrs** |
|---|---|

23. Inmate Advised of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By **D. HENSLEY**
At (Date/time) **06-04-2025 1120 hrs**

24. Inmate statement and attitude

**Inmate Grantham, Ryan #01327-509 was read his rights.**
**Inmate Grantham, Ryan stated he had no comments for this investigator.**

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

**Incident Report - SIS Reports -- (BOP-IRSIS)**

26. Investigator's comments and conclusions

**Inmate is properly charged**

27. Action taken

**Incident Report referred to UDC. Investigation/evidence supports charges. Inmate remains in the Special Housing Unit**

Date and Time Investigation Completed: **06-04-2025 1141 hrs**

Printed Name/Signature Of Investigator: **D. HENSLEY**

Investigator Title: **Lieutenant**

BP-A0288

# INCIDENT REPORT

Dept. of Justice / Federal Bureau of Prisons

## Part I - Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: **BERLIN FCI** | | Incident Report Number: **4128006** | |
| 2. Inmate's Name **GRANTHAM, RYAN** | 3. Register Number **01327-509** | 4. Date of Incident **06-03-2025** | 5. Time **1230 hrs** |
| 6. Place of Incident **SATELLITE PRISON CAMP BERLIN** | 7. Assignment **SHU UNASSG** | 8. Unit **4 SCP** | |
| 9. Incident **(199 -- DISRUPTIVE CONDUCT-GREATEST) MOST LIKE 111 -- INTRODUCTION DRUGS/ALCOHOL** | | 10. Prohibited Act Code(s) **111 199** | |

11. Description Of Incident
(Date: **06-03-2025** **Time:** **1230 hrs** staff became aware of incident)

On June 3, 2025, at approximately 12:30 P.M., upon receiving notification, I became aware of the closing of an investigation by the Warden, involving SCP Berlin (Camp) inmate Grantham, "Tito" Ryan #01327-509. This investigation spanned from April 2024 through May 2025 regarding the introduction of contraband into the Satellite Prison Camp and Federal Correctional Institution, Berlin. Through the course of this investigation, information was utilized from multiple, reliable sources, and voluntary inmate witness statements which was corroborated by additional evidence, surveillance, recorded inmate communications, and numerous seizures of large quantities of contraband as well as the interdiction of contraband that was being attempted to be introduced into both, SCP Berlin and FCI Berlin.

From April 2024 through September 2024, investigators received numerous tips and information from reliable sources regarding inmates [redacted], [redacted] #[redacted] and Grantham introducing contraband into the Satellite Prison Camp Berlin. This resulted in the interdiction of several attempted introductions "drops" of contraband and on several occasions after [redacted] and Grantham successfully introduced contraband into the Camp, investigators disseminated intelligence resulting in the seizure of large amounts of contraband including "stash spots" (Locations [redacted] and Grantham would use to store excess contraband that hadn't been sold yet). As the investigation evolved, resulting in the confiscation of more contraband, [redacted] and Grantham would change their methods and recruit others to help including inmates with work details that had access to the grounds, vehicles, and equipment to collect, move, and hide contraband. Several examples from the SIS Case File of inmate [redacted]'s involvement are detailed below:

On June 3, 2024, at approximately 8:55 P.M., FCI Berlin was notified (Escape From Non-secure Facility) of a Camp inmate found wandering the wood line near Success Rd (approximately 2000 meters Northeast, of the forest adjacent to the Camp). On June 4, 2024, investigators reviewed correspondence received by a Camp inmate witness on 6-3-2024 at 8:05 P.M., which stated he saw "LT" and other inmates, "go beyond the front of the unit, past the wooden picket fence, and into the woodline where they returned with a package and went to the back of the unit." This correspondence corroborated several other reliable sources and inmate witness interviews that on 6-3-2024, an inmate was helping [redacted] "LT" and Grantham "Tito" with the "trail" (to the back gate/access road used for introductions), when the inmates got spooked and ran back to the camp, with one of inmates becoming lost and found hours later, off institutional grounds.

Beginning in October 2024, Berlin SIS started receiving corroborating information from both the Camp and FCI, that inmates from the Upstate NY Area, as well as other inmates, were relaying messages through third parties to coordinate the introduction of contraband from the Camp into the FCI. Specifically, inmates Grantham, "Tito" and [redacted], "LT" were

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

repeatedly identified by reliable sources within both the Camp and FCI as the Camp inmates responsible for the planning, financing, introduction and distribution of contraband.

During the course of this investigation, TRUFONE and TRULINCS communications were discovered between Camp inmate [redacted], [redacted] [redacted] and FCI Berlin inmate [redacted], [redacted] [redacted]. Inmates [redacted], [redacted], [redacted], and Grantham are all from the Rochester, NY area and knew each other prior to their incarceration at FCI Berlin and they are all familiar/associated with the Rochester NY outside contact [redacted] "Diddi" [redacted]. [redacted] utilized a 3rd party text service to pass messages through outside associates, to inmate [redacted], and other inmates housed at the Camp, including Grantham, "Tito". [redacted] also made 11 recorded TRUFONE calls to inmate [redacted]'s contraband cellular phone (585-623-6888) from September 29, 2024, through January 6, 2025. In these recorded phone calls, they discussed at great length about the introduction of contraband (through Food Service, Landscape, and VT Culinary) and other mutual associates they knew that could help facilitate at the FCI and Camp including "Tito", several times. In these recorded communications on at least one occasion, [redacted] would relay a message from an inmate releasing from the FCI through [redacted] (Town Driver), to other Camp inmates, in order to facilitate the introduction of contraband. On April 27, 2025, upon [redacted]'s placement in SHU, a cellular telephone was found in his bunk. While processing [redacted]'s cellular phone into evidence, phone number 585-623-6888 was dialed utilizing the institutional phone. When dialed, [redacted]'s contraband phone began ringing, displaying the institution's phone number on the screen as the number which was calling. Some examples of these incidents and communications are as followed:

On October 24, 2024, Berlin SIS received information from a Confidential Informant that NY inmates (Grantham and [redacted]) were expecting a drop the upcoming weekend. Information was disseminated to several staff. On October 27, staff overheard inmates talking about not picking up something because it was too much. Staff conducted area searches and found 4 large trash bags of contraband in the dumpster on the access road.

In an October 28, 2024, TRUFONE call at 7:43 P.M., [redacted] and [redacted] (contraband cell phone) discuss mutual associates they know at the Camp and FCI by name and nickname. An inmate in the background of [redacted] can be heard relaying, "He can get 100 bands ($100k) by March." [redacted] relays, "ain't really no movement cus the white boys got the position spot (FS Warehouse). [redacted] then says, "Damn son, I'm talking bout you can make a quick 100 ($100k) before you go, ain't no secret. Niggas tryin to hit them niggas pockets, before the shit even, yo know what I mean? (Pay for the contraband up front)". [redacted] then replies, "Hell ya, Ima try to look. I'm gonna holla and look. There is one black nigga over there. I gotta holla at him." They also discuss a "rumor" about Grantham, and both stated they heard about it but never saw it on paper.

On December 8, 2024, acting on precise intelligence, a search of the Chapel and Library was conducted, which resulted in a large amount of contraband being seized including, two L8 Star micro "thumb phones" and weapon making material intended to be introduced into the FCI.

In December 2024 phone calls, [redacted] asks [redacted] about another inmate ([redacted]) and if he has a "jack", which [redacted] replies in the affirmative. [redacted] says, "These niggas trying to get his number" and asks if they on it over there "like some p dub shit (vetting court paperwork for cooperation)". At the end of the call he says to "send son number to wifey". On December 16, they talk about "LT", and how he is the Town Driver. [redacted] confirms that [redacted] would be the one to take them to the bus stop after releasing. [redacted] relays that he is going to send out a message with someone (releasing). They then talk about the VT Culinary Program and if anyone they know is in the program. [redacted] says, "I got a bad move! (introduction route)". In several of these phone calls [redacted] has to abruptly hang up due to "police coming (Officer doing round)". On December 20, 2024, [redacted] sends a message out with inmate [redacted], releasing to Rochester, NY. In subsequent communications, [redacted] confirms

that he got the message from [redacted]. He also refers to not being able to have his cell phone out when certain Officers are working.

Inmate [redacted] and another inmate involved in the introduction scheme were placed into SHU on December 21, 2024.

In a December 28, 2024, TRUFONE call (858-623-6888), between FCI inmate [redacted] (TRUFONE) and Camp inmate [redacted] (contraband cellphone), [redacted] asks if another camp inmate ([redacted] [redacted]) has a new cellphone. [redacted] replies, "hell naw. That shit blew up cus how the situation is right now. This shits on fire (attention from Law Enforcement). [redacted]: "Damn that shit nasty. Did lil bro ([redacted]) put you on what I was talking about. [redacted]: "That nigga in the SHU". [redacted]: "WORD!". [redacted]m: "ya they say something about SIS Investigation. [redacted]: "what he was on?! That nigga tripping. He was already dancing (involved with other illicit activity).

From January 1, through January 6, 2025, [redacted] communicates several times with [redacted] and mutual outside contact, "Diddi", to get into contact and obtain the contraband cellphone number of "Tito" (Grantham). In a January 3, 2025, phone call [redacted] tells "Diddi" that he needs the number. "Diddi" mentions to [redacted] that he is in the medium and "can't get no Jack". [redacted] responds, "I wish, that's what I'm trying to do. Send a pop, each one". In the same phone call between "Diddi" and [redacted], [redacted] says, "I'm trying to come home with half a ticket. I'm running out of paper. I gotta bust a move". The call ends with [redacted] stating to "get boy number (Tito) I'm gonna call you back in a few days", with "Diddi" responding, "I'll hit you back in a second".

On January 3, 2025, a reliable Confidential Informant reported to investigators that he heard the FS Warehouse inmate talking to several other inmates. The CI stated that the FS Warehouse Orderly was being pressured by "Tito" to put contraband in the food going to the FCI for monetary compensation and that if he wasn't going to do it, he needed to get "out of the way" on his own, implying he would be assaulted. This information was corroborated by a 2nd inmate witness who reported to SIS that Ryan Grantham offered "big money" to the FS Warehouse worker and that his (Grantham) "people came through". This FS warehouse worker was mentioned in previous calls between [redacted] and [redacted] as the white boy, "having the position".

A review of inmate correspondence found that from January 1 through January 7th, the FS Warehouse Orderly communicated several times with Health Services via electronic inmate to staff TRULINCS to obtain a medical duty status. The orderly ended up being placed on medical idle, ultimately being removed from his orderly position.

In a January 5, 2025, TRULINCS message, [redacted] says he needs to get in contact ASAP, and that "I got the uber (introduction route) im tryna make something happen".

On January 24, 2025, investigators received communication from a confidential informant that Grantham kept his cell phone "across his bunk at the table. Under a pile of brown napkins." A cellular phone was later found in this location.

Based on the greater preponderance of evidence listed above, as well as additional evidence detailed in the SIS Investigative Report, it is the conclusion of this investigation that FCI Berlin inmate Grantham, Ryan #01327-509 conspired with inmates [redacted], [redacted] #[redacted], [redacted], [redacted] #[redacted], [redacted] [redacted] #[redacted] and others to introduce hazardous contraband into the SCP (Camp) and FCI Berlin . The vast amount of direct evidence documented in the SIS Case file was corroborated with secondary and tertiary evidence and sources, which will be submitted to the DHO for review. Due to this investigation being conducted over an extensive amount of time with numerous incident dates and times, the date and time this investigator became aware of the closing of this case by the Warden, was utilized as both the Incident Date/Time and Aware Date/Time.

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

**BP-A0288** **INCIDENT REPORT**
**Dept. of Justice / Federal Bureau of Prisons**

| 12. Typed Name/Signature of Reporting Employee | | 13. Date And Time |
|---|---|---|
| **H. Braase** | | **06-04-2025 0900 hrs** |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Report Delivered | 16. Time Report Delivered |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.