BP-A0294
AUG 11

# Notice of Discipline Hearing Before the (DHO) CDFRM

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

FCI Berlin
Institution

06/06/2025
Date

TO: GRANTHAM, Ryan | REG. NO.: 01327-509

ALLEGED VIOLATION(S): Disruptive conduct-greatest, most like introduction to drugs/alcohol.

DATE OF OFFENSE: 06/03/2025 | CODE NO.: 111, 199

You are being referred to the DHO for the above charge(s).

The hearing will be held on: Next Available at ______ (A.M./P.M.) at the following location: ______

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) ____ (do not) X wish to have a staff representative.

If so, the staff representative's name is: ______

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) ____ (do not) X wish to have witnesses.

| NAME: | CAN TESTIFY TO: |
|---|---|
| | |
| NAME: | CAN TESTIFY TO: |
| | |
| NAME: | CAN TESTIFY TO: |
| | |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

DATE: 06/06/2025 SIGNATURE: X [signature]

Notice of hearing before DHO given inmate 06/06/2025 1029am by R. Cruz [signature]
Date/Time Staff Printed Name/Signature

*(This form may be replicated via WP)* *Replaces BP-294(52) of JAN 88*



GOVERNMENT EXHIBIT
F