BP-A0304 **DISCIPLINE HEARING OFFICER REPORT** IR#: 4128006
Reg#: 01327-509
Dept. of Justice / Federal Bureau of Prisons GRANTHAM, RYAN

| | |
|---|---|
| Institution: **BERLIN FCI** | Incident Report Number: **4128006** |
| NAME OF INMATE: **GRANTHAM, RYAN** | REG.NO.: **01327-509** UNIT: **4 SCP** |
| Date of Incident Report: **06-04-2025** | Offense Code(s): **111 199** |
| Date of Incident: **06-03-2025** | |

Summary of Charges:

**(199 -- DISRUPTIVE CONDUCT-GREATEST) MOST LIKE 111 -- INTRODUCTION DRUGS/ALCOHOL**

I. NOTICE OF CHARGE(S)

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on **06-04-2025** at **1120 hrs** (by staff member) **D. HENSLEY**

B. The DHO Hearing was held on **06-17-2025** at **0734 hrs**

C. The inmate was advised of the rights before the DHO by (staff member): **R. Cruz** on **06-06-2025** and a copy of the advisement of rights form is attached.

D. Delay in Process **None**

II. STAFF REPRESENTATIVE

A. Inmate waived right to staff representative: [Yes] **X** [No] _

B. Inmate requested staff representative and **NA** appeared.

C. Staff Representative's Statement:
**NA**

D. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:
**NA**

E. Staff representative **NA** was appointed.

III. PRESENTATION OF EVIDENCE

A. Inmate ( ) admits ( **X** ) denies the charge(s).

B. Summary of Inmate Statement:

**Inmate Grantham denies the charge and stated, "I never introduced anything. An inmate from the FCI did reach out to me. I did not have a phone. The only thing is true is A[redacted] tried to reach out through C[redacted]. No proof that I introduced anything. If you look at the communication there's no proof of me talking to him. None of that stuff has anything to do with me. It's not true. That could be anybody's phone. Nobody ever seen me bring a bag in. Somebody saying I did something isn't introduction. In the shot, A[redacted] and C[redacted] communicated. C[redacted] shot him down every time. I never conspired to bring anything in. They trying to pin everything on us at the camp. When asked, "Who is J[redacted] H[redacted]?" Inmate Grantham replied, "I was a football coach before here. He's on my contacts I never spoke with him. My son's mom, I don't even talk to her. If we were that close, they wouldn't be using third party they would reach out directly. Me and C[redacted]'s bunk are three**

GOVERNMENT EXHIBIT
G

**away from each other, he can say, 'here.' I was not out there marking trails. Them talking about me is not me doing anything. No proof of me talking on the cell phone with anyone." When asked, "Did you pressure someone to send in contraband via food?" Inmate Grantham replied, "That is completely false. I don't know why someone would say that. I've been trying to transfer since last summer for RDAP. "**

C. Witnesses

1. The inmate waived right to witnesses. [Yes] **X** [No] __

2. The following persons were called as witness at this hearing and appeared (Each witness name and statement listed below):
**NA**

3. The following persons requested were not called for the reason(s) given (Each witness name and statement listed below):
**NA**

4. Unavailable witnesses were requested to submit written statements and those statements received were considered (Each witness name and statement listed below):
**NA**

D. Documentary Evidence. In addition to the Incident Report and Investigation, the DHO considered the following documents:
**Trulincs Messages, Monitor Recorded Calls Reports with text transcript, Phone Number Center Report, Staff Memorandums, Roster, Inmate Center Reports, Recorded Calls, Evidence Photographs, Inmate Names and Inmate Investigative Report.**

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because:
**Trulincs Messages and drop notes.**

IV. FINDINGS OF THE DHO

_ A. The act was committed as charged.
**X** B. The following act was commmitted:
**199 M/L 111a**

_ C. No prohibited act was committed: Expunge according to inmate discipline PS.

V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations written documents, etc.)

**Your due process rights were read and reviewed with you by the DHO and you stated you understood your rights. The DHO notes you did not request a staff representative nor did you request any witnesses. The DHO read aloud the incident report. At no time during the DHO hearing did you raise any procedural issue, request a witness or present written documentation as evidence.**

**The DHO finds on June 4, 2025, you were charged with violating prohibited act 199; Conduct Which Disrupts or Interferes with the Security or Orderly Running of the Institution (Most Like 111; Introduction of any Narcotics, Marijuana, Drugs or Related Paraphernalia, not Prescribed for the Individual by the Medical Staff.) The DHO noted you were informed that code 199 M/L 111 was being changed to code 199 M/L 111a (attempt) in order to better represent the incident report. The DHO does find sufficient evidence to support the prohibited act 199; Conduct Which Disrupts or Interferes with the Security or Orderly Running of the Institution (Most Like 111a; Introduction of any Narcotics, Marijuana, Drugs or Related Paraphernalia, not Prescribed for the Individual by the Medical Staff (attempt). Therefore, the prohibited act 199; Conduct Which Disrupts or Interferes with the Security or Orderly Running of the Institution (Most Like 111a; Introduction of any Narcotics, Marijuana, Drugs or Related Paraphernalia, not Prescribed for the Individual by the Medical Staff (attempt) is upheld.**

**To support this finding, the DHO relied upon staff member Braase's written account of the incident paraphrased as follows: On June 3, 2025, at approximately 12:30 P.M., upon receiving notification, I became aware of the closing of an investigation by the Warden, involving SCP Berlin (Camp) inmate Grantham, 'Tito' Ryan #01327-509. This investigation spanned from April 2024 through May 2025 regarding the introduction of contraband into the Satellite Prison Camp and Federal Correctional Institution, Berlin. Through the course of this investigation, information was utilized from multiple, reliable sources, and voluntary inmate witness statements which was corroborated by additional evidence, surveillance, recorded inmate communications, and numerous seizures of large quantities of contraband as well as the interdiction of contraband that was being attempted to be introduced into both, SCP Berlin and FCI Berlin. From April 2024 through September 2024, investigators received numerous tips and information from reliable sources regarding inmates B[redacted], L[redacted] #[redacted] and Grantham introducing contraband into the Satellite Prison Camp Berlin. This resulted in the interdiction of several attempted introductions 'drops' of contraband and on several occasions after B[redacted] and Grantham successfully introduced contraband into the Camp, investigators disseminated intelligence resulting in the seizure of large amounts of contraband including 'stash spots' (Locations B[redacted] and Grantham would use to store excess contraband that hadn't been sold yet). As the investigation evolved, resulting in the confiscation of more contraband, B[redacted] and Grantham would change their methods and recruit others to help including inmates with work details that had access to the grounds, vehicles, and equipment to collect, move, and hide contraband. Several examples from the SIS Case File of inmate B[redacted]'s involvement are detailed below: On June 3, 2024, at approximately 8:55 P.M., FCI Berlin was notified (Escape From Non-secure Facility) of a Camp inmate found wandering the wood line near Success Rd (approximately 2000 meters Northeast, of the forest adjacent to the Camp). On June 4, 2024, investigators reviewed correspondence received by a Camp inmate witness on 6-3-2024 at 8:05 P.M., which stated he saw 'LT' and other inmates, "go beyond the front of the unit, past the wooden picket fence, and into the woodline where they returned with a package and went to the back of the unit." This correspondence corroborated several other reliable sources and inmate witness interviews that on 6-3-2024, an inmate was helping B[redacted] 'LT' and Grantham 'Tito' with the 'trail' (to the back gate/access road used for introductions), when the inmates got spooked and ran back to the camp, with one of inmates becoming lost and found hours later, off institutional grounds. Beginning in October 2024, Berlin SIS started receiving corroborating information from both the Camp and FCI, that inmates from the Upstate NY Area, as well as other inmates, were relaying messages through third parties to coordinate the introduction of contraband from the Camp into the FCI. Specifically, inmates Grantham, 'Tito' and B[redacted], 'LT' were repeatedly identified by reliable sources within both the Camp and FCI as the Camp inmates responsible for the planning, financing, introduction and distribution of contraband. During the course of this investigation, TRUFONE and TRULINCS communications were discovered between Camp inmate C[redacted], A[redacted] #[redacted] and FCI Berlin inmate A[redacted], T[redacted] #[redacted]. Inmates C[redacted], A[redacted], B[redacted], and Grantham are all from the Rochester, NY area and knew each other prior to their incarceration at FCI Berlin and they are all familiar/associated with the Rochester NY outside contact J[redacted] 'Diddi' H[redacted]. A[redacted] utilized a 3rd party text service to pass messages through outside**

associates, to inmate [redacted], and other inmates housed at the Camp, including Grantham, 'Tito'. [redacted] also made 11 recorded TRUFONE calls to inmate [redacted]'s contraband cellular phone (585-623-6888) from September 29, 2024, through January 6, 2025. In these recorded phone calls, they discussed at great length about the introduction of contraband (through Food Service, Landscape, and VT Culinary) and other mutual associates they knew that could help facilitate at the FCI and Camp including 'Tito', several times. In these recorded communications on at least one occasion, [redacted] would relay a message from an inmate releasing from the FCI through [redacted] (Town Driver), to other Camp inmates, in order to facilitate the introduction of contraband. On April 27, 2025, upon [redacted]'s placement in SHU, a cellular telephone was found in his bunk. While processing [redacted]'s cellular phone into evidence, phone number 585-623-6888 was dialed utilizing the institutional phone. When dialed, [redacted]'s contraband phone began ringing, displaying the institution's phone number on the screen as the number which was calling. Some examples of these incidents and communications are as followed: On October 24, 2024, Berlin SIS received information from a Confidential Informant that NY inmates (Grantham and [redacted]) were expecting a drop the upcoming weekend. Information was disseminated to several staff. On October 27, staff overheard inmates talking about not picking up something because it was too much. Staff conducted area searches and found 4 large trash bags of contraband in the dumpster on the access road. In an October 28, 2024, TRUFONE call at 7:43 P.M., [redacted] and [redacted] (contraband cell phone) discuss mutual associates they know at the Camp and FCI by name and nickname. An inmate in the background of [redacted] can be heard relaying, "He can get 100 bands ($100k) by March." [redacted] relays, "ain't really no movement cus the white boys got the position spot (FS Warehouse). [redacted] then says, "Damn son, I'm talking bout you can make a quick 100 ($100k) before you go, ain't no secret. Niggas tryin to hit them niggas pockets, before the shit even, yo know what I mean? (Pay for the contraband up front)". [redacted] then replies, "Hell ya, Ima try to look. I'm gonna holla and look. There is one black nigga over there. I gotta holla at him." They also discuss a 'rumor' about Grantham, and both stated they heard about it but never saw it on paper. On December 8, 2024, acting on precise intelligence, a search of the Chapel and Library was conducted, which resulted in a large amount of contraband being seized including, two L8 Star micro 'thumb phones' and weapon making material intended to be introduced into the FCI. In December 2024 phone calls, [redacted] asks [redacted] about another inmate ([redacted] [redacted]) and if he has a "jack", which [redacted] replies in the affirmative. [redacted] says, "These niggas trying to get his number" and asks if they on it over there "like some p dub shit (vetting court paperwork for cooperation)". At the end of the call he says to "send son number to wifey". On December 16, they talk about 'LT', and how he is the Town Driver. [redacted] confirms that [redacted] would be the one to take them to the bus stop after releasing. [redacted] relays that he is going to send out a message with someone (releasing). They then talk about the VT Culinary Program and if anyone they know is in the program. [redacted] says, "I got a bad move! (introduction route)". In several of these phone calls [redacted] has to abruptly hang up due to "police coming (Officer doing round)". On December 20, 2024, [redacted] sends a message out with inmate [redacted] [redacted], releasing to Rochester, NY. In subsequent communications, [redacted] confirms that he got the message from [redacted]. He also refers to not being able to have his cell phone out when certain Officers are working. Inmate [redacted] and another inmate involved in the introduction scheme were placed into SHU on December 21, 2024. In a December 28, 2024, TRUFONE call (858-623-6888), between FCI inmate [redacted] (TRUFONE) and Camp inmate [redacted] (contraband cellphone), [redacted] asks if another camp inmate ([redacted] [redacted]) has a new cellphone. [redacted] replies, "hell naw. That shit blew up cus how the situation is right now. This shits on fire (attention from Law Enforcement). [redacted]: "Damn that shit nasty. Did lil bro ([redacted]) put you on what I was talking about. [redacted]: "That nigga in the SHU". [redacted]: "WORD!". [redacted]: "ya they say something about SIS Investigation. [redacted]: "what he was on?! That nigga tripping. He was already dancing (involved with other illicit activity). From January 1, through January 6, 2025, [redacted] communicates several times with [redacted] and mutual outside contact, 'Diddi', to get into contact and obtain the contraband cellphone number of 'Tito' (Grantham). In a January 3, 2025, phone call [redacted] tells 'Diddi' that he needs the number. 'Diddi' mentions to [redacted] that he is in the medium and 'can't get no Jack'. [redacted] responds, "I wish,

**that's what I'm trying to do. Send a pop, each one". In the same phone call between 'Diddi' and [redacted], [redacted] says, "I'm trying to come home with half a ticket. I'm running out of paper. I gotta bust a move". The call ends with [redacted] stating to '"get boy number (Tito) I'm gonna call you back in a few days", with 'Diddi' responding, "I'll hit you back in a second". On January 3, 2025, a reliable Confidential Informant reported to investigators that he heard the FS Warehouse inmate talking to several other inmates. The CI stated that the FS Warehouse Orderly was being pressured by Tito to put contraband in the food going to the FCI for monetary compensation and that if he wasn't going to do it, he needed to get 'out of the way' on his own, implying he would be assaulted. This information was corroborated by a 2nd inmate witness who reported to SIS that Ryan Grantham offered 'big money' to the FS Warehouse worker and that his (Grantham) 'people came through'. This FS warehouse worker was mentioned in previous calls between [redacted] and [redacted] as the white boy, 'having the position'. A review of inmate correspondence found that from January 1 through January 7th, the FS Warehouse Orderly communicated several times with Health Services via electronic inmate to staff TRULINCS to obtain a medical duty status. The orderly ended up being placed on medical idle, ultimately being removed from his orderly position. In a January 5, 2025, TRULINCS message, [redacted] says he needs to get in contact ASAP, and that "I got the uber (introduction route) im tryna make something happen". On January 24, 2025, investigators received communication from a confidential informant that Grantham kept his cell phone 'across his bunk at the table. Under a pile of brown napkins.' A cellular phone was later found in this location. Based on the greater preponderance of evidence listed above, as well as additional evidence detailed in the SIS Investigative Report, it is the conclusion of this investigation that FCI Berlin inmate Grantham, Ryan #01327-509 conspired with inmates [redacted], [redacted] #[redacted]-[redacted], [redacted], [redacted] #[redacted], [redacted], [redacted] #[redacted] and others to introduce hazardous contraband into the SCP (Camp) and FCI Berlin. The vast amount of direct evidence documented in the SIS Case file was corroborated with secondary and tertiary evidence and sources, which will be submitted to the DHO for review. Due to this investigation being conducted over an extensive amount of time with numerous incident dates and times, the date and time this investigator became aware of the closing of this case by the Warden, was utilized as both the Incident Date/Time and Aware Date/Time.**

**The DHO relied upon the recorded calls and trulincs email correspondence which correlates with the writer of the report.**

**The DHO relied upon the Inmate Investigative Report.**

**The DHO relied upon the Evidence Photographs depicting contraband including, but not limited to, cellular phones and chargers, alcohol, cigarettes, vape pens, concealment banks fabricated from SPC Berlin library books, Bluetooth earbuds, hard plastic, unknown mixed colored tablets, elect razor and variety of foods.**

**The DHO relied upon the Inmate Names showing inmate [redacted] with the nickname Tre, inmate [redacted] with the nickname Gotti, inmate [redacted] with the nickname Drizzi, Inmate Grantham with the nickname Tito and inmate [redacted] with the nickname LT.**

**The DHO took into consideration the request from inmate Grantham to work as the training center orderly.**

**The DHO took into consideration that the outside contact, 'Diddi,' [redacted] [redacted] speaks with inmate [redacted] and talk about inmate Grantham helping Diddi coach his son's team.**

**The DHO relied upon the email: FROM: [redacted] [redacted], [redacted] TO: "Jada King" <[redacted]SUBJECT: add contact[redacted]1980 DATE: 01/03/2025 09:32 AM: Diddi.**

**The DHO relied upon the email: FROM: [redacted] [redacted], [redacted] TO: "Jada King" <[redacted]SUBJECT: [redacted]1980 DATE: 01/03/2025 06:21 AM: Yo bro this Trigga i need you to hit the nigga tito that helped with ya football team get son number for**

**me, i need that shit like ASAP bro fr.**

**The phone call from inmate [redacted] [redacted]1980 on 5/2/2025 9:12:14 PM - A[redacted]: Yo, I need get that nigga Tito number for me. DIDDI: Ya, I reached out to his baby mom. A[redacted]: I know he situated; he got the jack. I'm trying to get some shit going on.**

**The DHO considered that you stated, "I didn't introduce anything. I wasn't in contact with anyone from the medium," to the committee during your UDC hearing.**

**In addition to the previous written account of the incident, the DHO relied upon your statement during the DHO hearing in which you stated, "I never introduced anything. An inmate from the FCI did reach out to me. I did not have a phone. The only thing is true is A[redacted] tried to reach out through C[redacted] No proof that I introduced anything. If you look at the communication there's no proof of me talking to him. None of that stuff has anything to do with me. It's not true. That could be anybody's phone. Nobody ever seen me bring a bag in. Somebody saying I did something isn't introduction. In the shot, A[redacted] and C[redacted] communicated. C[redacted] shot him down every time. I never conspired to bring anything in. They trying to pin everything on us at the camp. When asked, "Who is J[redacted]H[redacted]?" Inmate Grantham replied, "I was a football coach before here. He's on my contacts I never spoke with him. My son's mom, I don't even talk to her. If we were that close, they wouldn't be using third party they would reach out directly. Me and C[redacted]'s bunk are three away from each other, he can say, 'here.' I was not out there marking trails. Them talking about me is not me doing anything. No proof of me talking on the cell phone with anyone." When asked, "Did you pressure someone to send in contraband via food?" Inmate Grantham replied, "That is completely false. I don't know why someone would say that. I've been trying to transfer since last summer for RDAP. "**

**Therefore, based on the greater weight of evidence, that being the written account of the incident and evidence provided, the DHO finds you committed prohibited act 199; Conduct Which Disrupts or Interferes with the Security or Orderly Running of the Institution (Most Like 111a; Introduction of any Narcotics, Marijuana, Drugs or Related Paraphernalia, not Prescribed for the Individual by the Medical Staff (attempt).**

VI. SANCTION OR ACTION TAKEN

**199 (FREQ 1)-DIS GCT 41 DAYS, 199 (FREQ 1)-LP COMM 2 YEARS, 199 (FREQ 1)-LP PHONE 2 YEARS**

**Concluding the hearing the inmate was informed: All sanctions imposed are effectively immediately. You will receive a typed copy of these decisions within 15 workdays. You may appeal the DHO's action(s) through the Administrative Remedy Program within 20 calendar days beginning upon receipt of DHO report.**

When imposing a sanction of Disciplinary Segregation (DS), The Discipline Hearing Officer considered the time served as a primary means when calculating your sanction of (DS). This may not always be a viable option, due to concerns related to the safety of staff, safety of inmates or safety and security of the institution.

VII. REASON FOR SANCTION OR ACTION TAKEN

**The action/behavior on the part of any inmate to use/possess/introduce narcotics, drugs or alcohol threatens not only the health, safety and welfare of himself, but that of all other inmates and staff within the institution. The mere presence of drugs/alcohol in a correctional facility creates an environment conduce to violence. In the past, inmates under the influence of drugs/alcohol have become violent towards others, which cannot and will not be tolerated. The sanctions imposed by the DHO were taken to let the inmate know that he, and he alone, will be held responsible for his actions/behavior at all times.**

**The sanction against Good Conduct Time was used to comply with mandatory sanctioning**

**guidelines for inmates sentenced under the Prison Litigation Reform Act (PLRA). Privileges were taken to deter the inmate from this behavior in the future. Loss of commissary and phone privileges are meant to demonstrate the seriousness of the offenses to you as well as everyone incarcerated at this facility.**

VIII. APPEAL RIGHTS: **X** The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

IX. Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| **HAYDEN** | **HAYDEN** | **06-30-2025** |

DHO Report Delivered to Inmate by:

| Printed Name of Staff | Signature of Staff | Date & Time Delivered |
|---|---|---|

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.